THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KERRIGAN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.

Submitted June 11, 1943; decided July 20, 1943.

*Frank Kerrigan,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed; no opinion. (See 291 N. Y. 662.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.